**126**

Shirley Ann BRAUN, Appellant,

v.

George Wallace BRAUN, Appellee.
George Wallace BRAUN, Cross-Appellant,

v.

Shirley Ann BRAUN, Cross-Appellee.

Court of Appeals of Kentucky.

June 14, 1974.

James A. Hubbs, Louisville, for appellants.

Raymond F. Bossmeyer, Louisville, for appellees.

Memorandum Opinion of the Court by Commissioner GARDNER, Affirming on Appeal, Affirming on Cross-Appeal.*

Martha SIMS, Individually, and Martha Sims, Administrator of the Estate of James R. Sims, Deceased, Appellant,

v.

Darrell MOSELY et al., Appellees.

Court of Appeals of Kentucky.

June 14, 1974.

Glay E. Maggard, Munfordville, for appellant.

Kenneth N. Ragland, Calhoun, J. Gordon Lisanby, Princeton, R. T. Baker, Grand Rivers, for appellees.

Memorandum Opinion of the Court by Special Commissioner MICHAEL O. McDONALD, Affirming.*

Carroll William ROMINE, Appellant,

v.

Betty Joyce ROMINE, Appellee.

Court of Appeals of Kentucky.

June 14, 1974.

James M. Clements, Louisville, for appellant.

John M. Mayer, Mayer & Mayer, Louisville, for appellee.

Memorandum Opinion of the Court by Commissioner GARDNER, Affirming.*

Andrew TODD, Appellant,

v.

Anna TAYLOR and Lester Taylor,
Appellee.

Court of Appeals of Kentucky.

June 14, 1974.

H. K. Spear, John T. Mandt, Somerset, for appellant.

Daniel A. Canning, Rogers & Canning, Somerset, for appellee.

Memorandum Opinion of the Court by Special Commissioner C. WARREN EATON, Affirming.*

* Opinion ordered not to be published.